

ORIGINAL

FILED
NOV 27 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 93CR0597GT ) |
| v. | ) **ORDER** |
| LAMONT BIGGS, | ) |
| Defendant. | ) |

On November 15, 1006, defense counsel for defendant Lamont Biggs electronically filed a Motion to Dismiss the OSC and Decline to Impose Supervised Release. The Court is not accepting the filing of this motion and orders it be stricken from the record for two reasons. First, it was filed late. The original hearing date was November 20, 2006. The motion should have been filed no later than November 6, 2006. Second, with the implementation of the electronic filing system, all attorneys were notified that they were on the "honor system." All motions are to be timely filed or proper leave to file late motions received from the appropriate court. Defense counsel filed the motion late without requesting leave to file from this Court. For the electronic filing system to run

smoothly, it is imperative that all attorneys adhere to the rules and "honor system." Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss the OSC and Decline to Impose Supervised release is stricken from the record.

11-24-06
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel