CAROL C. LAM
United States Attorney
ORLANDO B. GUTIERREZ
Assistant United States Attorney
California State Bar No. 183745
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-2968
Email: orlando.gutierrez@usdoj.gov

Attorney for Plaintiff
United States of America

FILED
07 JAN 25 PM 1:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAMONT BIGGS, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. 93CR0597-GT <br><br> **ORDER** |

IT IS HEREBY ORDERED that the Probation Department provide the following documents, from the Probation Office case file, to the Government and the defendant:

1. Probation Form-7; and

2. Furlough Application Approval and Record.

SO ORDERED.

DATED: _1-25-07_

_____
HONORABLE GORDON THOMPSON, Jr.
United States District Judge